IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Martinez Jr, Juan

Printed: 10/29/08

Case Number: 07 B 13922
Judge: Goldgar, A. Benjamin
Filed: 11/29/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 16, 2008
Confirmed: April 29, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 500.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 467.50 |
| Trustee Fee: |  | 32.50 |
| Other Funds: |  | 0.00 |
| Totals: | 500.00 | 500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 3,098.00 | 467.50 |
| 2. | Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Resurgent Capital Services | Unsecured | 6,364.81 | 0.00 |
| 4. | Toyota Motor Credit Corporatio | Unsecured | 9,267.86 | 0.00 |
| 5. | Discover Financial Services | Unsecured | 13,131.36 | 0.00 |
| 6. | Capital One | Unsecured |  | No Claim Filed |
| 7. | Cache Inc | Unsecured |  | No Claim Filed |
| 8. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 9. | Harris & Harris | Unsecured |  | No Claim Filed |
| 10. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 11. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 31,862.03 | $ 467.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 32.50 |
|  | $ 32.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Martinez Jr, Juan | Case Number:  07 B 13922 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 10/29/08 | Filed:  11/29/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

